UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| LEAVE OF ABSENCE REQUEST | ) | Case Nos. | CR114-101, USA v. C. James |
| | ) | | CR114-122, USA v. J. Battaglia, et al |
| LAMONT A. BELK | ) | | CR115-020, USA v. L. K. Miller |
| May 8, 2015 | ) | | CR115-032, USA v. T. M. Tucker |
| May 21-22, 2015 | ) | | CR115-033, USA v. G. F. Tuten |
| June 24-26, 2015 | ) | | |

## ORDER

**Lamont A. Belk** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

IT IS HEREBY ORDERED THAT **Lamont A. Belk** be granted leave of absence for the following periods: **May 8, 2015, May 21, 2015 through May 22, 2015, and June 24, 2015 through June 26, 2015.**

This _28_ day of ~~March~~ April, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia