UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR 1:15-033
)
GROVER F. TUTEN, JR. )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Danny L. Durham,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Danny L. Durham** be granted leave of absence for the following period: **July 29, 2015 through August 5, 2015.**

This 23rd day of June, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia